J. J. Schwartz, Appellee, v. Arthur C. Cimaglia, Appellant.

Gen. No. 43,196.

opinion filed December 19, 1944; rehearing denied January 3, 1945; released for publication January 4, 1945. Charles R. Smith, for appellant; Schwartz & Cooper, for appellee; Max C. Liss, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.

Duane Wanamaker, Appellant, v. William B. McIlvaine, Jr., Executor of Last Will and Testament of William B. McIlvaine, Sr., Deceased, Appellee.

Gen. No. 43,197.

opinion filed December 19, 1944; released for publication January 4, 1945. Walter Hamilton, for appellant; Miller, Gorham, Wescott & Adams, for appellee; Edward R. Adams and Herbert C. De Young, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.